UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

EVELYN S. DeBARDELEBEN AND LANE T. DeBARDELEBEN                    PLAINTIFFS

V.                                              CIVIL ACTION NO. 1:06cv754-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                 DEFENDANT

## ORDER CANCELING MEDIATION

Subsequent to the Court's entry of its [21] Order for Mediation, counsel for the parties advised that the case was recently mediated on a private basis which resulted in an impasse. Thus, it is not necessary that mediation occur through the Court's program.

Accordingly, **IT IS ORDERED**:

The [21] Order for Mediation dated April 13, 2007, is hereby **RESCINDED**.

**SO ORDERED** this the 16th day of April, 2007.

                                        s/ L. T. Senter, Jr.
                                        L. T. SENTER, JR.
                                        SENIOR JUDGE